IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIFFANY ROPER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 2:16-CV-1911-KOB |
| | ) |
| **DEBT MANAGEMENT PARTNERS,** | ) |
| **LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER GRANTING DEFAULT JUDGMENT

This matter comes before the court regarding Plaintiff Tiffany Roper's motion for default judgment against Defendants Anthony Swatsworth, Solutions to Portfolios, LLC, and ACDI Group, LLC. (Doc. 105.) In a pair of orders on November 11 and November 27, 2017, the court granted motions to withdraw filed by attorneys representing all three Defendants. (Docs. 55, 58.) The court warned the two LLC Defendants that, because they are not natural persons, they "face default judgment unless they obtain new counsel." (Doc. 55.) *See also Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (holding that non-natural-person parties must be represented by counsel.) Because the two LLC Defendants did not obtain counsel, the court granted Ms. Roper's subsequent motion for an entry of default against both of them—but not against Mr. Swatsworth—on March 19, 2018. (Doc. 70.)

Ms. Roper filed the instant motion on February 18, 2020. Pursuant to Federal Rule of Civil Procedure 55(b), she asks the court to enter default judgment against all three Defendants in the amount of $26,500 for alleged violations of the Fair Debt Collections Act and the Telephone Consumer Protection Act. (Doc. 105 at 4.)

On February 24, 2020, the court entered an order finding that because Mr. Swatsworth was not in default, the court could not enter a default judgment against him. (Doc. 107.) The court's order also required the two LLC Defendants to show cause in writing, on or before March 10, 2020, why the court should not grant default judgment against them for the requested amount. (*Id.*) The court also reminded the two LLC Defendants that they could only appear or respond by an attorney. More than a week has elapsed since the deadline expired, and the LLC Defendants have not appeared via an attorney.

Because the two LLC Defendants have remained in default for two years and failed to respond to the court's show-cause order, the court **GRANTS** Ms. Roper's motion and **ENTERS JUDGMENT** against Solutions to Portfolios, LLC, and ACDI Group, LLC in the amount of $26,500.

The court **DIRECTS** the clerk to mail a copy of this order to Solutions to Portfolios, LLC, and ACDI Group, LLC at the addresses where they were served.

**DONE** and **ORDERED** this 20th day of March, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE