FILED

2020 Jul-09  PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIFFANY ROPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:16-CV-1911-KOB** |
| | ) | |
| **ANTHONY SWATSWORTH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### FINAL ORDER DISMISSING CASE

Plaintiff filed suit in this court against seven Defendants on November 29, 2016. (Doc. 1.) The court has either dismissed or granted default judgment against all Defendants except Anthony Swatsworth. (Docs. 42, 49, 70, 93, 108.) On February 3, 2020, after more than two years of inactivity and multiple cancelled status conferences, the court ordered Plaintiff to show cause in writing why the court should not dismiss the case for Plaintiff's failure to prosecute. (Doc. 104.) Plaintiff provided cause on February 18, 2020 (Doc. 106), and on April 9, 2020, the court ordered the Parties to provide a proposed pretrial order by May 20, 2020 for a pretrial conference set a week later, on May 27. (Doc. 110.)

On May 26, after Plaintiff had not submitted the proposed pretrial order, court staff contacted Plaintiff to ask when she would send the required document. Plaintiff initially responded that she would provide the proposed order by close of business on May 26, but she subsequently asked for an extension and postponement of the pretrial conference. The court granted Plaintiff's request and extended the deadline to file the proposed pretrial order until June 29, 2020. (Doc. 111.) The order stated that "[f]ailure to comply with this order may result in

dismissal of this action for failure to prosecute." *Id.* The court's amended deadline has come and gone, and Plaintiff has neither filed the proposed pretrial order nor submitted any explanation for her failure to do so.

Because Plaintiff has failed to prosecute her case, the court, pursuant to Federal Rule of Civil Procedure 41(b), **DISMISSES** the case without prejudice.

**DONE** and **ORDERED** this 9th day of July, 2020.

**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE